UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:17-cv-00077-FDW

| | |
|---|---|
| MARCUS FREEMAN, | ) |
| Plaintiff, | ) |
| vs. | ) ORDER |
| NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

THIS MATTER is before the Court on the parties' Consent Motion for Attorney Fees (Doc. No. 15). For the reasons stated in the motion, agreed to by the parties, and it appearing that the parties have agreed that the Commissioner of Social Security should pay the sum of $5,200.00, in full and final settlement of all claims arising under the Equal Access to Justice Act ("EAJA"), the motion is GRANTED. See 28 U.S.C. § 2412(d).

It is therefore ORDERED that the Commissioner of Social Security pay to Plaintiff the sum of $5,200.00 in attorney fees, in full satisfaction of any and all claims arising under EAJA, 28 U.S.C. § 2412(d), and upon the payment of such sum this case is dismissed with prejudice. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Charlotte Hall, and mailed to her office at P.O. Box 10629 Raleigh, North Carolina, 27605, in accordance with Plaintiff's assignment to his attorney of his right to payment of attorney's fees under the EAJA. If the payment is subject to offset, then any remaining fee will be made payable to Plaintiff and mailed to Plaintiff's counsel's office address.

IT IS SO ORDERED.

Signed: January 2, 2019

Frank D. Whitney
Chief United States District Judge